```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JILL STUART (ASIA) LLC, et al.,     :
                                    :
                    Plaintiffs,     :     12 Civ. 3699(KBF)
                                    :
        -v-                         :     SUMMARY ORDER
                                    :
SANEI INTERNATIONAL CO., LTD., et   :
al.,                                :
                                    :
                    Defendants,     :
                                    :
------------------------------------ X
```

KATHERINE B. FORREST, District Judge:

For the reasons set forth on the record at the September 27, 2012 oral argument in the above captioned matter, Plaintiffs' motion for a Preliminary Injunction is hereby DENIED.

The Clerk of Court is directed to close the motion at Docket No. 27.

SO ORDERED:

Dated: New York, New York
       September 28, 2012

                                    _____
                                        KATHERINE B. FORREST
                                   United States District Judge